## SNEATH v. WATERMAN et al.

### No. 14,860; February 12, 1892.

#### 28 Pac. 1061.

**Appeal—Dismissal—Service of Notice.**—Where the affidavit of service on the adverse attorney of a notice of motion to dismiss an appeal does not show that any attempt was made to serve him at his office between the hours of 8 o'clock A. M. and 6 o'clock P. M. of the day when the notice was left at his residence, the motion to dismiss will be denied.

APPEAL from Superior Court, City and County of San Francisco; John Hunt, Judge.

Action by Sneath against Waterman and others. Judgment for defendants. Plaintiff appeals. On motion to dismiss the appeal. Motion denied.

John R. Jarboe and James L. Crittenden for respondents.

PER CURIAM.—The affidavit of service upon the adverse attorney of the notice of motion to dismiss the appeal herein does not show that any attempt was made to serve him at his office between the hours of 8 o'clock A. M. and 6 o'clock P. M. of the day when the notice was left at his residence. The motion to dismiss is denied, without prejudice.

Harrison, J., being disqualified, took no part in the decision of the above motion.